Certificate Number: 05781-CAC-DE-041226904

Bankruptcy Case Number: 26-16000



05781-CAC-DE-041226904

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 20, 2026</u>, at <u>1:29</u> o'clock <u>PM PDT</u>, <u>Kevin Holbert</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:   <u>July 20, 2026</u>          By:      <u>/s/Allison M Geving</u>

                                     Name:   <u>Allison M Geving</u>

                                     Title:   <u>President</u>